IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

    v.    Criminal Case No. 13-50037-001

J ARMANDO TORRES-BERNADAC
a/k/a ARMANDO TORRES-BERNADAL                                     DEFENDANT

## O R D E R

Now on this 15th day of April, 2013, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #15) in this matter, to which all parties have waived objections, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's guilty plea is accepted, and the written Plea Agreement is tentatively approved, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**